**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James N. Ziegenfuss, Jr., ) | |
| ) | |
| Plaintiff, ) | No.  CIV 05-1215-PHX-DGC (DKD) |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| Joseph Arpaio, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pending before the Court is Plaintiff's Motion for Extension of Time to Complete Service Packet (Doc. #15), filed May 25, 2006.  On May 1, 2006, Plaintiff's Amended Complaint was screened and Plaintiff was directed to complete and return the service packets as to each Defendant to the Clerk of the Court no later than May 22, 2006.  In his motion, Plaintiff states that he did not receive this Court's Order and the service packets until May 20, 2006.  Plaintiff completed and returned the service packets on May 21, 2006, the same day the present motion was signed.  A review of the court record shows that Plaintiff returned the completed service packets to the Clerk of the Court on May 25, 2006.  Accordingly, Plaintiff's motion will be denied as moot.  Plaintiff's service packets will be considered timely filed.

**IT IS THEREFORE ORDERED** denying Plaintiff's Motion for Extension of Time to Complete Service Packet (Doc. #15), as moot.

DATED this 2nd day of June, 2006.

David K. Duncan
United States Magistrate Judge