**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James N. Ziegenfuss, Jr., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Joseph Arpaio, et al., ) <br> ) <br> Defendants. ) <br> ) | No. CIV 05-1215-PHX-DGC (DKD) <br><br> **ORDER** |

On June 12, 2006, the service packets upon Defendants Broderick and Soelle were returned unexecuted with the notation: "Invalid address, Not at this address" (Doc. #19, 20), respectively. However, it is unclear whether Defendants Broderick and Soelle may have been transferred to another facility.

Accordingly, defense counsel will be required to advise the court and Plaintiff regarding this matter. If Defendants Broderick and Soelle are still employed with the Maricopa County Adult Probation Department, Defendants shall provide that information to Plaintiff. If Defendants Broderick and Soelle are no longer employed by the Maricopa County Adult Probation Department, Defendants shall provide their last known home addresses to the Court UNDER SEAL.

**IT IS THEREFORE ORDERED THAT**:

1. Within ten (10) days from the date this Order is filed, Defendants shall provide Plaintiff with Defendant Broderick and Soelle's current work location if said Defendants are still employed with the Maricopa County Adult Probation Department. If Plaintiff is provided this

information, he shall prepare and return a service packet to the Clerk of the Court for each Defendant. The Clerk of the Court is further directed to send service packets as to each Defendant to Plaintiff. If Defendants Broderick and Soelle are no longer employed with the Maricopa County Adult Probation Department, Defendants shall file <u>UNDER SEAL</u> Defendants Broderick's and Soelle's last known home addresses. Upon receipt of that information, the Clerk of the Court shall prepare and send to the U.S. Marshal a service packet for service of the Summons and Complaint upon Defendants Broderick and Soelle.

    2. The time for completing service shall be extended sixty (60) days from the date this Order is filed.

    DATED this 26th day of June, 2006.

_____
David K. Duncan
United States Magistrate Judge